

# Notice of Service of Process

**TV / PERINJ**
**Transmittal Number: 19574167**
**Date Processed: 03/29/2019**

| | |
|---|---|
| **Primary Contact:** | Paula B Christ<br>The Goodyear Tire & Rubber Company<br>200 Innovation Way<br>Akron, OH 44316-0001 |
| **Entity:** | The Goodyear Tire & Rubber Company<br>Entity ID Number  2385176 |
| **Entity Served:** | The Goodyear Tire & Rubber Company |
| **Title of Action:** | Tracie Hood vs. The Goodyear Tire & Rubber Company |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Terrebonne Parish District Court, LA |
| **Case/Reference No:** | 185375 Div B |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 03/28/2019 |
| **Answer or Appearance Due:** | 15  days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Joseph "Joey" F. LaHatte III<br>504-309-2996 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882  |  sop@cscglobal.com

# CITATION

TRACIE HOOD

Versus

GOODYEAR TIRE & RUBBER COMPANY, ET AL



Case: 0185375
Division: B
32nd Judicial District Court
Parish of Terrebonne
State of Louisiana

A Resident of East Baton Rouge Parish

TO: THE GOODYEAR TIRE & RUBBER COMPANY
THROUGH ITS REGISTERED AGENT:
CORPORATION SERVICE COMPANY
FOR SERVICE OF PROCESS
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

**YOU ARE HEREBY SUMMONED** to comply with the demand of the **Original Petition for Damages**, filed on March 19, 2019, a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereto, in writing with the Clerk of Court at her office in the City of Houma, within fifteen (15) days after the service hereof;

Your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness my hand and official seal this 21st day of March, 2019.

A true copy:

MAR 2 1 2019
_____, 20____

*Alyson Self-Thomassie*
Deputy Clerk of Court
Clerk's Office, Houma, Louisiana

*Theresa A. Robichaux, Clerk of Court*

BY: /s/ ALYSON SELF-THOMASSIE
Deputy Clerk of Court

## SHERIFF'S RETURN

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| STATE OF LOUISIANA<br>PARISH OF _____<br>Received on _____<br>the within _____<br>together with a true copy thereof and a true copy of pleadings mentioned above and on the<br>_____ day of _____, 20___.<br>I served the same on the said _____,<br>_____,<br>IN PERSON in the Parish of _____,<br>LA., at about _____ miles from the courthouse of the said Parish.<br><br>WHEREOF, I make this my return on this _____ day of _____, 20____.<br><br>_____<br>Deputy Sheriff<br><br>Parish of _____ | STATE OF LOUISIANA<br>PARISH OF _____<br>Received on _____<br>the within _____<br>together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20___.<br>I served the same at the domicile of the said _____<br>Situated in the Parish of _____ LA at about _____ miles from the courthouse of the Parish of _____, LA by leaving the said true copies in the hands of _____, a person apparently over the age of 16 years, being and residing at the said domicile of the said _____ who was absent at the time of service as determined from the interrogation of the said _____, relative thereto.<br><br>WHEREOF, I make this my return on this _____ day of _____, 20____.<br><br>_____<br>Deputy Sheriff<br><br>Parish of _____ |

RETURN AND FILED:

_____
Deputy Clerk of Court

FEE: $_____
MILEAGE: $_____
Total: $_____

Requested By: **Mr. Joseph "Joey" F. LaHatte, III; 2000 Clearview Parkway, Suite 203, Metairie, LA 70001;**
**(504) 309-2996**

[ SERVICE ]

## 32ND JUDICIAL DISTRICT COURT FOR THE PARISH OF TERREBONNE

## STATE OF LOUISIANA

NO. 185375                                                                                          DIVISION "B"

### TRACIE HOOD

### VERSUS

### THE GOODYEAR TIRE & RUBBER COMPANY AND ABC INSURANCE COMPANY

FILED: _____MAR 1 9 2019_____        _____/s/ ALYSON SELF-THOMASSIE_____
                                                                        DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of **TRACIE HOOD**, a person of the full age of majority and resident of the Parish of Terrebonne, State of Louisiana, respectfully represents as follows:

1.

Made defendants herein are as follows:

a) **THE GOODYEAR TIRE & RUBBER COMPANY**, a non-Louisiana Business corporation with its principal place of business and State of Incorporation in the State of Ohio;

b) **ABC INSURANCE COMPANY (hereinafter "ABC INSURANCE")**, a fictious name given to a currently unknown insurance company authorized to do and is doing business within the boundaries of the State of Louisiana and Parish of Terrebonne, with formal name to be later added to this petition by supplemental and amending filings;

2.

At all times relevant hereto, Petitioner, **TRACIE HOOD**, was the owner of a 2005 Toyota Corolla vehicle. On March 15, 2018 TRACIE HOOD took her Corolla to the store owned and operated **THE GOODYEAR TIRE & RUBBER COMPANY** located at 848 Martin Luther King Jr. Blvd, Houma, Louisiana 70360 for a courtesy tire inspection, which resulted in employees/agents of **THE GOODYEAR TIRE & RUBBER COMPANY** removing her existing tires on her vehicle and replacing them with an assurance P195/65R15 tire.

FAX FILING  MAR 1 5 2019                                 **JOHN R. WALKER**
                                                                                  **JUDGE - DIVISION B**

3.

Upon leaving the premises after the tires installation the "tire light" in her vehicle immediately illuminated and her 2005 Corolla began shaking. **TRACIE HOOD** then immediately brought the vehicle back to the premises and explained the situation; however, employees/agents of **THE GOODYEAR TIRE & RUBBER COMPANY** refused to assist her any further and told **TRACIE HOOD** that the tires on her vehicle were both proper in size and properly installed. **TRACIE HOOD** then relied upon the expertise of **THE GOODYEAR TIRE & RUBBER COMPANY** and left the premises with her 2005 Corolla.

4.

On the next day on March 16, 2018, **TRACIE HOOD** was driving her 2005 Corolla down US 90 highway when she suddenly noticed a wobbling in the steering wheel and a jerking of the steering wheel. This resulted in the 2005 Toyota Corolla suddenly violently swerving and violently impacting the side rail of the highway. This impact caused damages to the vehicle and personal injuries to **TRACIE HOOD**.

5.

Thereafter, **TRACIE HOOD** with caution and driving slowly, took the 2005 Toyota Corolla to a different store owned and operated by **THE GOODYEAR TIRE & RUBBER COMPANY** located several miles away in Metairie, Louisiana. Employees/agents at the Metairie location inspected the tires and noticed that the P195/65R15 tire installed on the 2005 Toyota Corolla was the incorrect tire, and was too small for the vehicle, thus, a P205 tire was then installed on **TRACIE HOOD'S** vehicle. The car than drove correctly without vibration or steering wheel vibrations.

6.

As a direct and proximate result of the above described accident and injuries sustained therein, petitioner, **TRACIE HOOD**, suffered damages, *past, present and future* as follows:

(A) Medical expenses;

(B) Physical pain and suffering;

(C) Mental and emotional anguish and suffering;

(D) Loss of enjoyment of life; and

(E)     Any and all other claims of damages that are reasonable in the premises.

7.

As a result of this incident, petitioner, **TRACIE HOOD** is entitled to recover damages that are reasonable under the circumstances due to the negligence of defendants in causing said damages.

8.

At all times relevant hereto, defendant, **ABC INSURANCE** provided a policy of insurance to **THE GOODYEAR TIRE & RUBBER COMPANY** for liability coverage which provided for coverage in the event of an occurrence under the policy of insurance including injuries sustained to patrons of **THE GOODYEAR TIRE & RUBBER COMPANY**. Thereby, **ABC INSURANCE** is being made a direct defendant in this case.

9.

In accordance with **Louisiana Code of Civil Procedure, Article 1572 and 1913**, petitioner, **TRACIE HOOD** requests written notice of any and all assignments of this case for trial or hearing and notice of any signing of any Judgment herein.

### PRAYER FOR RELIEF

**WHEREFORE**, plaintiff **TRACIE HOOD** prays that the defendants, **THE GOODYEAR TIRE & RUBBER COMPANY and ABC INSURANCE COMPANY**, be served with a copy of this petition, and that after all legal delays they be required to answer same and after all proceedings there be a judgment in favor of petitioner for all amounts commensurate with her damages all as reasonable under the premise, to be determined by the trier of fact; said judgment against defendants, **THE GOODYEAR TIRE & RUBBER COMPANY and ABC INSURANCE COMPANY**, together with legal interest thereon from the date of judicial demand until paid, for all cost of these proceedings, for all expert fees and for all general and equitable relief.

Respectfully submitted:

**LAHATTE LAW FIRM, L.L.C.**

*[signature]*

**Joseph "Joey" F. LaHatte, III No. 31224**
**Katherine Gurley No. 32150**
2000 Clearview Parkway, Suite 203
Metairie, Louisiana 70001
Telephone: (504) 309-2996
Facsimile: (855) 733-8180
joey@lahattelaw.com
katherine@lahattelaw.com
Attorneys for TRACIE HOOD

**PLEASE SERVE:**

**THE GOODYEAR TIRE & RUBBER COMPANY**
Through its registered agent for service of process
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

**ABC INSURANCE COMPANY**
(please withhold service)

A TRUE COPY OF THE ORIGINAL
CLERK'S OFFICE, HOUMA
LA. ___MAR 2 1 2019___, 20___
BY *[signature]* Alyson Self-Thomassie
Deputy Clerk of Court